**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 11-6286**

―――――――――――

VINCENT BROWN,

                    Plaintiff – Appellant,

          v.

WILLIAM KEVIN MASSENGILL, Individually and in his official
capacity; JOHN C. BLAIR, II, Individually and in his
official capacity; LISA CARUSO, Individually and in her
official capacity as Commonwealth Prosecutor; EDWARD K.
NICKEL, Individually and in his official capacity as
Assistant Prosecutor,

                    Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:10-cv-00385-LMB-JFA)

―――――――――――

Submitted:  April 21, 2011          Decided:  April 27, 2011

―――――――――――

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Vincent Brown, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Massengill, No. 1:10-cv-00385-LMB-JFA (E.D. Va. Feb. 16, 2011). We deny Brown's motions for appointment of counsel, for a transcript at Government expense, and for reconsideration of the initial deferral of those motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2